UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL LUKE MEIER,

                Plaintiff,         Civil Action No. 22-12154

v.                                           Matthew F. Leitman
                                           United States District Judge

ALLSTATE PROPERTY AND         David R. Grand
CASUALTY INS. CO.,                   United States Magistrate Judge

                Defendant.
_____/

## REPORT AND RECOMMENDATION TO DENY MEIER'S MOTION FOR SUMMARY JUDGMENT (ECF No. 19)

On August 23, 2022, *pro se* plaintiff Daniel Luke Meier ("Meier") brought this action under 42 U.S.C. § 1983 against defendant Allstate Property and Casualty Insurance Company ("Allstate") in the United States District Court for the Northern District of Texas, and the case was transferred to this Court on September 8, 2022. (*See* ECF Nos. 1, 3).[1]

On today's date, the Court entered an order that addressed numerous motions filed by both Meier and Allstate (the "Order"). (ECF No. 31). One such motion was Meier's motion to strike and for summary judgment. (ECF No. 19). To the extent the Court must address the summary judgment component of that motion by Report and Recommendation, 28 U.S.C. § 636(b)(1)(B), for the reasons stated in the Court's Order (ECF No. 31, PageID.198-201), **IT IS RECOMMENDED** that Meier's motion for summary judgment

---

[1] This case was referred to the undersigned for all pretrial matters pursuant to 28 U.S.C. § 636(b).

**(ECF No. 19)** be **DENIED**.

Dated: March 13, 2023  s/David R. Grand
Ann Arbor, Michigan  DAVID R. GRAND
United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of HHS*, 932 F.2d 505, 508 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). The filing of objections which raise some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation. *See Willis v. Sec'y of HHS*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. L.R. 72.1(d)(2), a copy of any objections is to be served upon this magistrate judge.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 13, 2023.

s/L. Hosking on behalf of E. Butts
Case Manager