UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL LUKE MEIER,

     Plaintiff,

                                    Case No. 22-cv-12154

v.                                   Hon. Matthew F. Leitman

ALLSTATE PROPERTY AND
CASUALTY INS. CO,

     Defendant.

_____/

## **JUDGMENT**

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of

Defendant and against Plaintiff.

                                   KINIKIA ESSIX
                                   CLERK OF COURT

                   By:    s/Holly A. Ryan_____
                               Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 13, 2023
Detroit, Michigan