UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL LUKE MEIER,

    Plaintiff,

v.

                              Case No. 22-cv-12154
                              Hon. Matthew F. Leitman

ALLSTATE PROPERTY AND
CASUALTY INS. CO,

    Defendant.

_____/

### ORDER DENYING MOTION FOR RECONSIDERATION AND OVERRULING OBJECTION (ECF No. 64)

On September 13, 2023, the Court entered an Order (1) Overruling Plaintiff's Objections to Report and Recommendation; (2) Adopting Recommended Disposition of Report and Recommendation; (3) Granting Defendant's Motion for Summary Judgment; and (4) Terminating Plaintiff's Motion for Permissive Joinder as Moot (the "Order"). (*See* Order, ECF No. 62.) On September 22, 2023, Plaintiff filed a Motion for Reconsideration of, and Objections to, the Order. (*See* Motion and Objections, ECF No. 64.) The Court has carefully reviewed Plaintiff's Motion and Objections. Plaintiff has failed to show the Court committed any error. The Court therefore **DENIES** Plaintiff's Motion for Reconsideration and **OVERRULES** his Objections.

    **IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: September 26, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 26, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
